# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No. **CV 15-06296-JAK (KK)**            Date: **August 21, 2015**

Title: Timothy Doyle Young v. Loretta Lynch

## DOCKET ENTRY

PRESENT:

**HON. KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE**

| Deb Taylor | None |
|---|---|
| Deputy Clerk | Court Reporter/Recorder |

ATTORNEYS PRESENT FOR PLAINTIFF(S):     ATTORNEYS PRESENT FOR DEFENDANT(S):
None                                                           None

**PROCEEDINGS:**      **(IN CHAMBERS)**

The Court is in receipt of Plaintiff's civil rights complaint. However, Plaintiff has neither paid the requisite $400 filing fee, nor filed a request to proceed *in forma pauperis*. Thus, if Plaintiff wishes to pursue this action, he is hereby ordered to (1) pay the $400 filing fee; or (2) file a completed request to proceed *in forma pauperis* no later than **September 11, 2015**. Plaintiff is cautioned that failure to file a timely response will result in this action being dismissed. The Clerk is directed to provide Plaintiff with a blank CV-060P form.

Initials of Deputy Clerk    dts

MINUTES FORM 11
CIVIL-GEN